UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                       Case Number 08-20517-BC

v.                                     Honorable Thomas L. Ludington

D-2 ERIK DAVID NEVAREZ,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE, AND TAKING THE RULE 11
PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on May 27, 2009, by United States Magistrate Judge Charles

E. Binder pursuant to the defendant's consent.  The magistrate judge issued his report on May 28,

2009, recommending that this Court accept the defendant's plea of guilty.  As of today's date, no

party has filed any objections to the magistrate judge's report and recommendation.  The failure to

file objections to the report and recommendation waives any further right to appeal.  *Smith v. Detroit

Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object

to the magistrate judge's report releases the Court from its duty to independently review the record.

*Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the findings and

conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt

# 116] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to count one is **ACCEPTED**,

and the Rule 11 Plea Agreement [Dkt. # 113] is taken **UNDER ADVISEMENT**.


s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: June 30, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2009.

s/Tracy A. Jacobs
TRACY A. JACOBS

---